**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **VICTOR GARCIA**, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 2605 |
| | ) | |
| **LUMBER LIQUIDATORS, INC.**, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

This Court has just received, noticed up for presentment tomorrow morning, the parties' Joint Motion To Stay Proceedings Pending MDL Consideration. This memorandum order is issued to spare the parties the need to appear on May 7 (based on the assumption that the electronic docketing of this memorandum order will arrive in time to stave off an in-person appearance).

Given the MDL's pending consideration of the transfer and consolidation of the numerous actions posing the same issues as those presented by this lawsuit, this Court of course grants the joint motion. But because this Court has earlier set a June 29 initial status hearing date in this action, that date will be retained -- with the understanding, however, that if the MDL has not acted within that time frame all that this Court will require is a notification of that fact to its courtroom deputy, so that the June 29 date may be moved forward without any need for in-person attendance.

                                                                                                                                         Milton I. Shadur
                                                                                                                                         Senior United States District Judge

Date: May 6, 2015